**[J-9-2013] [OAJC:  Baer, J.]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, :   No. 58 MAP 2012
                                          :
              Appellee         :   Appeal from the Order of the Superior
                                          :   Court entered January 20, 2012 at No.
                                          :   2464 EDA 2009, vacating and remanding
              v.               :   the Judgment of Sentence of the
                                          :   Delaware County Court of Common Pleas,
                                          :   Criminal Division, entered July 14, 2009 at
SHATAAN ADAMS,           :   No. 23 CR-0002312-2008
                                          :
              Appellant         :   ARGUED:  September 10, 2013

**CONCURRING OPINION**

**MR. CHIEF JUSTICE CASTILLE**           **DECIDED:  November 20, 2014**

I concur in the result reached by the Court on the basis of my Dissenting Opinion in the companion case, Commonwealth v. Molina, __ A.3d __ (Pa. 2014).  Because this case involves a pre-arrest scenario, in my view, the reference to appellant's pre-arrest silence during the course of the police investigation did not impinge upon his constitutional rights, irrespective of whether the prosecution later exploited the reference.  In the alternative, I agree with Mr. Justice Baer's explanation of why the reference at issue did not implicate the right to silence, even if such a right could be said to obtain in the pre-arrest scenario.